PLAINTIFF'S
EXHIBIT
2-A
Blumberg No. 5199

# Hoffman Employment Law, LLC

600 Jefferson Plaza Suite 204

Rockville, MD 20852

Phone: 301-251-3752   |   Fax: 301-251-3753

Account Statement

Prepared for Elisa Betz

Re: Dellis' Bar & Grill

| | |
|---|---|
| Previous Balance | $0.00 |
| Current Charges | $14,752.00 |
| New Balance | $14,752.00 |
| | |
| Adjustments | $0.00 |
| | |
| Payments | $0.00 |
| Now Due | $14,752.00 |
| Trust Account | $0.00 |

# Hoffman Employment Law, LLC

600 Jefferson Plaza Suite 204

Rockville, MD 20852

Phone: 301-251-3752   |   Fax: 301-251-3753

## PRE-BILL

Elisa Betz

Invoice Date: February 11, 2020

Invoice Number: Pre-bill

Invoice Amount: $14,752.00

## Matter: Dellis' Bar & Grill

**Attorney's Fees**

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 7/3/2019 | Confer w/ HBH and SEK re. case status. | J.L. | .10 | $21.50 |
| 7/3/2019 | Confer with associate attorneys re status of matter. | H.B.H. | .10 | $40.00 |
| 7/17/2019 | Prepare civil cover sheet and summons. | J.L. | .20 | $43.00 |
| 7/17/2019 | Tele conf with E. Betz re status of matter; review complaint with client.  Review and revise complaint; confer with assoc atty re summons/civil cover sheet.  Open case via ECF. | H.B.H. | 1.40 | $560.00 |
| 7/18/2019 | Review case management order and issued summons. | J.L. | .10 | $21.50 |
| 8/1/2019 | Draft/file consent to magistrate judge | S.K. | .40 | $82.00 |
| 8/2/2019 | Draft/file updated consent to magistrate | S.K. | .40 | $82.00 |
| 8/5/2019 | Review paperless order. | J.L. | .10 | $21.50 |
| 8/22/2019 | Review email from HBH to Pl. Betz re. case status update. | J.L. | .10 | $21.50 |
| 8/22/2019 | Draft comm to client re status update. | H.B.H. | .20 | $80.00 |
| 8/22/2019 | Review comm from process server re status of service. | H.B.H. | .10 | $40.00 |
| 8/29/2019 | Comm with associate attys re filing proof of service. | H.B.H. | .10 | $40.00 |
| 8/30/2019 | File Return of Summons Executed (Spanellis) | S.K. | .10 | $20.50 |
| 8/30/2019 | File Return of Summons Executed (Crows Nest) | S.K. | .10 | $20.50 |
| 9/5/2019 | Phone confer w/ opposing counsel re. service date and potential extension to Answer. | J.L. | .10 | $21.50 |
| 9/10/2019 | Review Answer from Defendant. | S.K. | .20 | $41.00 |
| 9/10/2019 | Review Answer. | J.L. | .10 | $21.50 |
| 9/11/2019 | Review Answer to Complaint. | S.K. | .10 | $20.50 |
| 9/16/2019 | Review order assigning case to Magistrate Judge. | J.L. | .10 | $21.50 |
| 9/18/2019 | Review Defendants' motion for RPDs. | J.L. | .10 | $21.50 |

| 9/18/2019 | Review disclosure of corporate interest. | J.L. | .10 | $21.50 |
| 9/19/2019 | Review scheduling order from Court. | J.L. | .10 | $21.50 |
| 9/19/2019 | Review scheduling order and calendar important dates. | S.K. | .30 | $61.50 |
| 9/19/2019 | Briefly review Scheduling Order and multiple filings by Court.; confer with Assoc Atty SK re same. | H.B.H. | .10 | $40.00 |
| 9/20/2019 | Phone call w/ Pl. Betz re. status of case. | J.L. | .20 | $43.00 |
| 9/25/2019 | Review pleadings file, complaint and answer, draft interrogatories. | J.L. | 3.70 | $795.50 |
| 9/26/2019 | Review pleadings file, complaint and answers, draft requests for production of documents. | J.L. | 3.70 | $795.50 |
| 9/27/2019 | Revise and edit interrogatories. | J.L. | .30 | $64.50 |
| 9/27/2019 | Review edit Interrogatories to Crows Nest. | S.K. | .30 | $61.50 |
| 9/27/2019 | Review/Edit RPDs to Crows Nest. | S.K. | .30 | $61.50 |
| 9/27/2019 | Draft requests for production of documents (1.6); edit and revise requests for production of documents (0.7). | J.L. | 2.30 | $494.50 |
| 10/1/2019 | Review Defs consent to magistrate judge. | J.L. | .10 | $21.50 |
| 10/1/2019 | Review Consent to proceed before Magistrate. | S.K. | .10 | $20.50 |
| 10/1/2019 | Review paperless order re: consent to magistrate | S.K. | .10 | $20.50 |
| 10/1/2019 | Review Order re consent to Magistrate Judge assignment. | H.B.H. | .10 | $40.00 |
| 10/3/2019 | Conf. call w/ Court and counsel re: scheduling. | S.K. | .20 | $41.00 |
| 10/3/2019 | Review order referring case to Magistrate Judge Gesner. | S.K. | .10 | $20.50 |
| 10/3/2019 | Tele conf with Court and opposing counsel re scheduling.  (.1 hrs). | H.B.H. | .10 | $40.00 |
| 10/3/2019 | Review Order referring case to Judge Gesner re settlement. | H.B.H. | .10 | $40.00 |
| 10/10/2019 | Review order scheduling mediation, calendar all required deadlines. | J.L. | .20 | $43.00 |
| 10/10/2019 | Review Order re Settlement Conference. | H.B.H. | .10 | $40.00 |
| 10/10/2019 | Review order sched. sett. conf. | S.K. | .10 | $20.50 |
| 10/14/2019 | Review and revise Interrogatories and RPDs to Crows Nest.  Draft Interrogs to individual Defendant.  Draft Request for Admissions.  Review and revise, transmit to opposing counsel. | H.B.H. | 1.80 | $720.00 |
| 10/16/2019 | Briefly review written discovery served on E. Betz. | H.B.H. | .20 | $80.00 |
| 10/16/2019 | Review and respond re comm from opposing counsel re amended answer. | H.B.H. | .20 | $80.00 |
| 10/23/2019 | Review QC Notice re: Mot. for Disclosure. | S.K. | .10 | $20.50 |
| 10/23/2019 | Review Deficiency Notice - Local Rule 103.3 disclosure. | S.K. | .10 | $20.50 |
| 10/25/2019 | Review Local Rule 103.3 Disclosure Statement. | S.K. | .10 | $20.50 |
| 11/7/2019 | Review Defs answers to RFAs. | J.L. | .10 | $21.50 |
| 11/7/2019 | Review order granting mot. for leave to amend answer. | S.K. | .10 | $20.50 |
| 11/7/2019 | Review requests for admission | S.K. | .30 | $61.50 |
| 11/7/2019 | Review Def's response to Request for Admissions.  Draft comm to co-counsel re same. | H.B.H. | .30 | $120.00 |
| 11/15/2019 | Review interrogs and RPDs from def. | S.K. | .60 | $123.00 |

| | | | | |
|---|---|---|---|---|
| 11/18/2019 | Tele conf with D. Preller re status of matter and discovery status. (.2 hrs). Draft consent Motion re Extension of Time. (.8 hrs). | H.B.H. | 1.00 | $400.00 |
| 11/19/2019 | Review consent motion to extend scheduling order. | J.L. | .10 | $21.50 |
| 11/20/2019 | Phone call w/ Pl. Betz re. status of case. | J.L. | .10 | $21.50 |
| 11/20/2019 | Review scheduling order and calendar new days. | S.K. | .30 | $61.50 |
| 12/2/2019 | Draft email to Preller re: production of documents. | S.K. | .10 | $20.50 |
| 12/2/2019 | Confer with S. Kraff re wage/hour records and discovery. Review comm from S. Kraff to opposing counsel re production of docs. | H.B.H. | .10 | $40.00 |
| 12/5/2019 | Draft comm to D. Preller re missing wage records. | H.B.H. | .10 | $40.00 |
| 12/6/2019 | Tele conf with D. Preller re status of matter. | H.B.H. | .10 | $40.00 |
| 12/9/2019 | Direction Conf. w/ HBH and SEK re: need to contact Preller re documents. | J.L. | .10 | $21.50 |
| 12/9/2019 | Review email between SEK and opposing counsel re. production of documents. | J.L. | .10 | $21.50 |
| 12/9/2019 | Direction Conf. w/ HBH and JSL re: need to contact Preller re documents. | S.K. | .10 | $20.50 |
| 12/9/2019 | Draft email to Preller re: need for documents. | S.K. | .10 | $20.50 |
| 12/11/2019 | Review email from HBH to opposing counsel re. non-production of documents. | J.L. | .10 | $21.50 |
| 12/17/2019 | Review documents produced by Defendants. | S.K. | .90 | $184.50 |
| 12/20/2019 | Review wage and hour records. | J.L. | .20 | $43.00 |
| 12/20/2019 | Review email from SEK to Pl. Betz re. review of wage and hour documents. | J.L. | .10 | $21.50 |
| 12/20/2019 | Call w/ Betz re: wage and hour docs | S.K. | .30 | $61.50 |
| 12/20/2019 | Call w/ Expert Kimel re: expert report. | S.K. | .10 | $20.50 |
| 12/20/2019 | Strategy Conf. w/ HBH and JSL re: current needs of case and expert report | S.K. | .10 | $20.50 |
| 12/20/2019 | Strategy Conf. w/ HBH and SEK re: current needs of case and expert report. | J.L. | .10 | $21.50 |
| 12/20/2019 | Draft email to Betz re: case update and document production. | S.K. | .20 | $41.00 |
| 12/20/2019 | Direction conf with associates re expert report and calcs. | H.B.H. | .10 | $40.00 |
| 12/20/2019 | Review produced docs for damage calculations and determine needs for expert witness. | S.K. | .70 | $143.50 |
| 12/23/2019 | Review email from opposing counsel re. discovery in word format. | J.L. | .10 | $21.50 |
| 12/23/2019 | Review email from Preller re: discovery. | S.K. | .10 | $20.50 |
| 12/23/2019 | Review additional documents provided by Betz. | S.K. | .30 | $61.50 |
| 12/27/2019 | Review email from Preller re: discovery. | S.K. | .10 | $20.50 |
| 12/30/2019 | Compile and send documents/data to expert Kimel for expert report. | S.K. | .40 | $82.00 |
| 1/2/2020 | Call w/ Plaintiff Betz re: hours of work for damage calculations. | S.K. | .40 | $82.00 |
| 1/2/2020 | Draft email to Betz re: scheduling call. | S.K. | .10 | $20.50 |
| 1/2/2020 | Call w/ Expert Witness re: damage calculations and pay documents. | S.K. | .30 | $61.50 |
| 1/2/2020 | Compile and forward recollection data to expert witness. | S.K. | .30 | $61.50 |

| 1/3/2020 | Review email from Expert witness re: clarifying data + draft response. | S.K. | .20 | $41.00 |
| 1/3/2020 | Review preliminary draft of expert report from Kimel and contact expert re: changes needed to be made. | S.K. | .70 | $143.50 |
| 1/6/2020 | Review expert report. | J.L. | .70 | $150.50 |
| 1/6/2020 | Email opposing counsel Rule 26(a)(2) expert report and designation. | J.L. | .10 | $21.50 |
| 1/6/2020 | 3 calls with expert Kimel re: edits to expert report. | S.K. | .50 | $102.50 |
| 1/6/2020 | Review/edit expert report. | S.K. | .70 | $143.50 |
| 1/6/2020 | Finalize and send out expert report and expert designation. | S.K. | .90 | $184.50 |
| 1/8/2020 | Review scheduling order + update calendar. | S.K. | .40 | $82.00 |
| 1/13/2020 | Review and revise mediation letter to Judge Gesner. Confer with S. Kraff re same. | H.B.H. | .60 | $240.00 |
| 1/13/2020 | Draft letter to Judge Gesner re: mediation statement. | S.K. | 3.30 | $676.50 |
| 1/13/2020 | Finalize mediation statement and exhibits to send to Judge Gesner. | S.K. | .70 | $143.50 |
| 1/13/2020 | Strategy Conf. w/ HBH re: mediation statement. | S.K. | .30 | $61.50 |
| 1/15/2020 | Review email from Betz re: mediation. | S.K. | .10 | $20.50 |
| 1/17/2020 | Phone confer w/ HBH and opposing counsel re. potential settlement and upcoming mediation. | J.L. | .20 | $43.00 |
| 1/17/2020 | Review email from HBH to Pl. Betz re: settlement offer. | J.L. | .10 | $21.50 |
| 1/17/2020 | Draft lodestar statement. | J.L. | .20 | $43.00 |
| 1/17/2020 | Tele conf with D. Preller (w/ J. Liew) re settlement discussions.   Review file materials. | H.B.H. | .20 | $80.00 |
| 1/17/2020 | Draft comm to client re status of matter and settlement. | H.B.H. | .20 | $80.00 |
| 1/21/2020 | Review email from HBH to opposing counsel re. settlement offer. | J.L. | .10 | $21.50 |
| 1/21/2020 | Review email from HBH to Betz re: settlement offer. | S.K. | .10 | $20.50 |
| 1/21/2020 | Review email from HBH to Preller re: settlement offer. | S.K. | .10 | $20.50 |
| 1/22/2020 | Comm with  client re status of matter. | H.B.H. | .10 | $40.00 |
| 1/22/2020 | Tele conf with Donna in Judge Gesner's Chambers re status of negotiations; forward comm re same. | H.B.H. | .10 | $40.00 |
| 1/24/2020 | Draft comm to opposing counsel re status of matter. | H.B.H. | .10 | $40.00 |
| 1/28/2020 | Travel to and from Baltimore; attend mediation before Judge B. Gesner. | H.B.H. | 5.50 | $2,200.00 |
| 1/28/2020 | Draft comm to TJM re preparation of settlement agreement and Joint Motion. | H.B.H. | .20 | $80.00 |
| 1/28/2020 | Attend Settlement Conf. (3.5) + travel to/from conf. (2.0) | S.K. | 5.50 | $1,127.50 |
| 1/29/2020 | Draft Settlement agreement, Motion to Approve, and Proposed Order, review and revise same | T.J.M. | 1.60 | $240.00 |
| 1/29/2020 | Review HBH revisions to Motion for Approval and Settlement Agreement | T.J.M. | .30 | $45.00 |
| 1/29/2020 | Review draft Settlement Agreement and Motion to Approve. | S.K. | .20 | $41.00 |

| | | | | |
|---|---|---|---|---|
| 1/29/2020 | Review email from Betz re: W2 | S.K. | .10 | $20.50 |
| SUBTOTAL: | | | 52.20 | $13,332.00 |

**Costs**

| | | |
|---|---|---|
| 7/17/2019 | Filing Fee | $400.00 |
| 9/5/2019 | Service of Process | $65.00 |
| 1/6/2020 | Expert Witness Fee | $955.00 |
| SUBTOTAL: | | $1,420.00 |

**Matter Ledgers**

SUBTOTAL:

**Trust Account**

| | | |
|---|---|---|
| 2/11/2020 | Previous Balance | $0.00 |
| Available in Trust: | | $0.00 |

TOTAL $14,752.00

PREVIOUS BALANCE DUE $0.00

CURRENT BALANCE DUE AND OWING $14,752.00